IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SAMUEL WHITE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                         CASE NO. 1D16-4696

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed December 6, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Samuel White, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel,
Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, C.J., MAKAR and M.K. THOMAS, JJ., CONCUR.